COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of B.M.D., aka B.D., and K.J.H. v. Department of
                          Family Protective Services

Appellate case number:    01-14-00198-CV

Trial court case number:  2012-04204J

Trial court:              315th District Court of Harris County

     Appellant's counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

     If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

     Accordingly, we **ORDER** appellant's appointed counsel, William Thursland, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9 if he believes that an appeal is frivolous. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

     It is so ORDERED.

Judge's signature: ____/s/ Rebeca Huddle
              X  Acting individually    ☐ Acting for the Court

Date:  May 15, 2014